USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
LUIS VILLENA, a/k/a Luis Valez, :
        Plaintiff, : 05 Civ. 5803 (LAP)(DFE)
        -against- : ORDER
DETECTIVE JOHN DOE OCUENDO, :
DETECTIVE JOHN DOE, :
DETECTIVE JOHN DOE [2], and :
ADA JANE DOE, :
        Defendant. :
------------------------------x

LORETTA A. PRESKA, United States District Judge:

    Having reviewed the Report and Recommendation of Magistrate Judge Eaton dated October 27, 2005, and finding it to be well-reasoned and thoroughly grounded in the law, and having received no objections, it is hereby adopted in its entirety. Plaintiff's complaint is dismissed without prejudice.

    The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED

December 1, 2005

_____
LORETTA A. PRESKA, U.S.D.J.